In the Matter of the Transfer Tax upon the Estate of WILLIAM L. HARKNESS, Deceased.

EDITH H. HARKNESS, Individually and as Executrix and Trustee, et al., Appellants; STATE TAX COMMISSION, Respondent.

(Argued April 24, 1929; decided May 28, 1929.)

*Harrison Tweed* and *John H. Guilshan* for appellants. *Charles A. Curtin* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.